# UNITED STATES DISTRICT COURT
## Northern District of California
## San Francisco Division

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY COLLEGE OF CHAPMAN UNIVERSITY, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4845 LB<br><br>**ORDER RE: ATTENDANCE AT ADR SESSION**<br><br>Date:         December 7, 2012<br>Mediator:   Jody LeWitter |

    In considering plaintiff's request to excuse the party representative from attending in person the hybrid ENE/mediation ADR session on December 7, 2012, before Jody LeWitter, the court must first correct plaintiff's counsel's failure to interpret correctly the attendance requirements of ADR Local Rules 5-10 and 6-10. Subsections (a) and (b) of those rules must be read together, as the rules require the attendance of both a party representative under Subsection (a) and of counsel under Subsection (b). Counsel incorrectly reads the Subsections as providing an "either/or" option.

    Nonetheless, based on the personal circumstances of the party representative, the court finds that plaintiff has met the hardship requirement set forth in ADR L.R. 5-10(d) and 6-10(d). IT IS HEREBY ORDERED, therefore, that the request to excuse Charging Party David Branham from appearing in person at the December 7, 2012, hybrid ENE/mediation before Jody LeWitter is GRANTED. Mr. Branham shall be available at all times to participate in the ADR session in accordance with ADR Local Rules 5-10(f) and 6-10(f).

    IT IS SO ORDERED.

November 28, 2012      By: _____
Dated                                           Elizabeth D. Laporte
                                                        United States Magistrate Judge