1 | WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
SIRITHON THANASOMBAT, SBN 270201 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone No. (415) 625-5671
Fax No. (415) 625-5657
Sirithon.Thanasombat@eeoc.gov

*Attorneys for Plaintiff EEOC*

FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
KARI D. SEARLES (SBN 204886)
ksearles@paulplevin.com
PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
101 W. Broadway, Ninth Floor
San Diego, California  92101-4232
Telephone:       619-237-5200
Facsimile:         619-615-0700

*Attorneys for Defendants Chapman University and Brandman University*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHAPMAN UNIVERSITY, BRANDMAN UNIVERSITY, and DOES 1-5 INCLUSIVE,<br><br>Defendants. | Case No.:  CV 11-04845 LB<br><br>**STIPULATION TO DISMISS DEFENDANT CHAPMAN UNIVERSITY WITH PREJUDICE** |

Plaintiff U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC") and Defendants CHAPMAN UNIVERSITY and BRANDMAN UNIVERSITY, through their respective counsel, hereby stipulate:

1.    On September 16, 2013, the Court entered a Consent Decree (Docket No. 51);

2. Section VI.B of the Consent Decree requires that within 14 days of the entry of the Consent Decree, the parties file a stipulated dismissal of this action, with prejudice, as to defendant Chapman University only; and,

3. Pursuant to Section VI.B of the Consent Decree, the parties hereby jointly request that pursuant to Rule 41(a)(1)(A)(ii), the Court dismiss defendant Chapman University, with prejudice, from this action.

IT IS SO STIPULATED.

Dated: September 27, 2013

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: */s/ Sirithon Thanasombat*
SIRITHON THANASOMBAT
Attorney for Plaintiff EEOC

Dated: September 27, 2013

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Fred M. Plevin*
FRED M. PLEVIN
KARI D. SEARLES
Attorneys for Defendants Chapman University and Brandman University

**GRANTED** — Judge Laurel Beeler

Pursuant to the consent decree entered on 9/16/2013 and this stipulation of dismissal, all claims in this action have now been resolved. The Clerk of the Court shall close the file.

### LOCAL RULE 5-1(i)(3) ATTESTATION

I, Sirithon Thanasombat, am the ECF User whose ID and password are being used to file the Second Joint Stipulation to Continue Deadlines And [Proposed] Order. In compliance with LR 5-1(i)(3), I hereby attest that Fred M. Plevin concurred in this filing.

 */s/ Sirithon Thanasombat*
Sirithon Thanasombat